

**Robert I. Steiner**

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel:  (212) 808-7965
Fax:  (212) 808-7897
rsteiner@kelleydrye.com

February 6, 2026

*via ECF*

Hon. Jennifer L. Rochon
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Request GRANTED.  The parties' Initial Pretrial Conference shall be adjourned from February 27, 2026 to **March 9, 2026, at 10:00 a.m.**  As a reminder, pursuant to the Court's Individual Rule 2.D, the parties must file a proposed Civil Case Management Plan and Scheduling Order and a joint letter at least ten days before the conference date.
>
> **SO ORDERED.**
>
> Dated: February 9, 2026
> New York, New York
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:    *The Polo/Lauren Company, L.P., et al. v. 707 Licensing Limited*,
       Case No. 1:25-cv-10127-JLR

Dear Judge Rochon:

    We represent plaintiffs The Polo/Lauren Company, L.P. and Ralph Lauren Home Collection, Inc. (collectively, "PRL") in the above-referenced matter.  We write to request that the initial conference in this matter currently scheduled for February 27, 2026 at 10:00 a.m. be adjourned.  I will be on trial before the Hon. Alvin K. Hellerstein for two weeks starting on February 23, 2026 in a case captioned, *The Avon Company f/k/a New Avon LLC et al. v. Fareva Morton Grove*, *Inc. et al*., Case No. 22-cv-4724.

    The initial conference has not been previously adjourned.  We have conferred with counsel for defendant 707 Licensing Limited ("707").  707 does not object to this request.  In accordance with Your Honor's individual rules, the following are dates that the parties are mutually available for an initial conference:  March 9, 2026, March 10, 2026, March 12, 2026, March 16, 2026, and March 17, 2026.

    The Court's consideration of this request is appreciated.

                    Respectfully submitted,

                    */s/ Robert I. Steiner*

                    Robert I. Steiner

cc:    Counsel of Record (*via ECF*).