UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE POLO/LAUREN COMPANY, L.P. and
RALPH LAUREN HOME COLLECTION,
INC.,

                              Plaintiffs,

              -against-

707 LICENSING LIMITED,

                              Defendant.

Case No. 1:25-cv-10127 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On March 24, 2026, Defendant filed an amended answer with counterclaims as of right following Plaintiffs' motion to dismiss. *See* Dkt. 27. Per the Court's Individual Rule 3.B, the motion to dismiss is denied as moot without prejudice to refiling with respect to the amended counterclaims. The Clerk of the Court is respectfully directed to terminate the motion at Dkt. 21.

Dated: March 25, 2026
        New York, New York

                                        SO ORDERED.

                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge