**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
THE POLO/LAUREN COMPANY, L.P.,

                          Plaintiff,

              -against-

707 LICENSING LIMITED,

                        Defendant.
------------------------------------------------------------------X

                        **25 Civ. No. 10127 (JLR)**

                        **PRE-SETTLEMENT**
                        **CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **Monday, May 11, 2026 at 3:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference.  The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 621 747 304#.**

       **SO ORDERED.**

DATED:     New York, New York
            March 26, 2026

                          _____
                          The Honorable Gary Stein
                          United States Magistrate Judge